IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

UNITED STATES OF AMERICA

v.

KEVIN LYNDEL MASSEY

NO.  3:19-CR-170-B

## NOTICE OF SUBSTITUTION OF COUNSEL

The United States of America (the government) respectfully advises the Court that

Assistant United States Attorney Tiffany H. Eggers will represent the United States in the

above entitled and numbered case.  The government therefore asks that the Clerk substitute

Assistant United States Attorney Eggers as the attorney of record in this case.

Dated this 2nd day of March, 2020.

Respectfully submitted,

ERIN NEALY COX
United States Attorney

*/s/ Tiffany H. Eggers*
Assistant United States Attorney
Florida Bar No. 0193968
1100 Commerce Street, Third Floor
Dallas, Texas  75242
Telephone: 214-659-8600
Facsimile: 214-659-8805
Email: Tiffany.Eggers@usdoj.gov