UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>　　Plaintiff, | §<br>§<br>§ | |
| v. | §<br>§ | CRIMINAL ACTION NO:<br>3:19-CR-170-B |
| KEVIN LYNDEL MASSEY,<br>　　Defendant. | §<br>§ | |

### LIMITED ORDER UNSEALING DOCKET ENTRIES 4 AND 5

Before the Court is the government's Motion for Limited Order Unsealing Docket Entries 4 and 5 in the above entitled and numbered case. (Doc. 10). The Court **GRANTS** the government's motion.

IT IS THEREFORE ORDERED that Docket Entries 4 and 5 are unsealed so the government may provide a copy of the documents, pursuant to the government's discovery obligation, in *United States v. James Russell Smith*, 3:19-CR-395-B, and so the documents, may be utilized as exhibits in the upcoming *Smith* trial.

IT IS FURTHER ORDERED that the government is permitted to provide defendant Smith's counsel with a copy of these documents.

IT IS FURTHER ORDERED that this is a limited Order, and therefore, these documents will remain sealed from public access.

**SO ORDERED** on this 3rd day of March, 2020.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE